UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARD TURNER, #103312,<br>        Petitioner,<br>   v.<br>SUPERIOR COURT OF SOLANO COUNTY, et al.,<br>        Respondent(s). | Case No. 25-cv-02438-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On March 11, 2025, the clerk filed as a new habeas action a pro se document submitted by petitioner titled "Notice of Appeal of Judgment of the California Supreme Court's Decision." ECF No. 1 at 1. The court notified petitioner in writing at that time that the action was deficient because petitioner did not use the proper case-initiating habeas petition form or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 70 days have passed, and petitioner has not provided the court with the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: May 27, 2025

_____
CHARLES R. BREYER
United States District Judge